UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUCAS,<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>  Defendant. | Case No. 20-cv-00141-JCS<br><br>**ORDER TO SHOW CAUSE WHY OPPOSITION BRIEF SHOULD NOT BE STRICKEN**<br><br>Re: Dkt. No. 20 |

Defendant International Business Machines Corporation ("IBM") moved to dismiss Plaintiff Daniel Lucas's complaint on March 20, 2020. *See* Mot. (dkt. 12). Under Civil Local Rule 7-3(a), Lucas's opposition brief was due no later than April 3, 2020, fourteen days after IBM's motion was filed.[1] Lucas did not file an opposition by that date, and IBM did not file a reply by April 10, 2020. *See* Civ. L.R. 7-3(c) ("The reply to an opposition must be filed and served not more than 7 days after the opposition was due."). On Saturday, April 18, 2020, Lucas filed an opposition brief, without addressing his failure to meet the deadline to do so. Lucas is therefore ORDERED TO SHOW CAUSE why his opposition brief and accompanying declaration should not be stricken as untimely, by filing a response to this order no later than April 22, 2020.

If Lucas shows good cause for his untimely filing and the Court allows the opposition brief to stand, IBM will be permitted to file a reply no later than April 27, 2020.

**IT IS SO ORDERED.**

Dated: April 20, 2020

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The Clerk's Notice filed March 23, 2020 continuing the hearing date for IBM's motion did not alter the briefing schedule. *See* dkt. 14 ("Regardless of whether the Court reschedules the hearing date, all opposition and reply papers shall be timely filed pursuant to Civil L.R. 7-7(d).").