1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   DANIEL LUCAS,                          Case No.  20-cv-00141-JCS

8              Plaintiff,
                                           **ORDER DISCHARGING ORDER TO**
9       v.                                 **SHOW CAUSE**

10  INTERNATIONAL BUSINESS                 Re: Dkt. No. 21
    MACHINES CORPORATION,
11
               Defendant.
12

13          On April 20, 2020, the Court ordered Plaintiff Daniel Lucas to show cause why his

14  opposition brief should not be stricken as untimely.  *See* dkt. 21.  Lucas has filed a response and

15  declaration by his counsel establishing that the delayed filing was due to counsel's excusable

16  neglect.  *See* dkt. 22.  The order to show cause is therefore DISCHARGED, and Defendant

17  International Business Machines Corporation may file a reply brief no later than April 27, 2020.

18          **IT IS SO ORDERED.**

19  Dated: April 21, 2020

20                                         _____

21                                         JOSEPH C. SPERO
                                           Chief Magistrate Judge
22

23

24

25

26

27

28